FRANK CHEPLO, Respondent, v. JOHN MALEK, Appellant.—

All concur, except Van Duser, J., who dissents and votes for affirmance. (Appeal from a judgment of Cattaraugus Trial Term for plaintiff in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

VILLAGE OF MAYVILLE, Respondent, v. ANDREW A. CARLSON, Appellant, et al., Defendants.—

All concur. (Appeal from a judgment of Chautauqua Supreme Court for plaintiff in an action to determine title to realty.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

ROBERT COSBY, Respondent, v. CITY OF ROCHESTER, Defendant, and JOHN LUTHER AND SONS, INC., Appellant.—
All concur. (Appeal from a judgment of Monroe Trial Term for plaintiff in a negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.